# United States District Court

E-FILED
Friday, 09 September 2005 12:19:53 PM
Clerk, U.S. District Court, ILCD

FILED
SEP - 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

__CENTRAL__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA

v.

KYRON MURDOCK
1700 W. Millman
Peoria, IL

**CRIMINAL COMPLAINT**

CASE NUMBER: 05 -M- 6035

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about __August 25, 2005__ in __Peoria__ County, in the __Central__ District of __Illinois__ defendant, (Track Statutory Language of Offense)

did knowingly possess a firearm which had previously traveled in interstate commerce after being convicted for an offense punishable by a term of imprisonment exceeding one year

in violation of Title 18, United States Code, Sections 922(g)).

I further state that I am a(n) __Special Agent, ATF__ and that this Complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

<s/John Hobbe
_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 9, 2005                                           at           Peoria, Illinois
_____                    _____
Date                                                                              City and State

John A. Gorman
United States Magistrate Judge               <s/John A. Gorman
_____           _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

STATE OF ILLINOIS            )
                             ) ss
COUNTY OF PEORIA             )

## AFFIDAVIT

I, John Hobbs, being first duly sworn state **the following is true and correct to the best of my knowledge and belief**:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed for 5 years. I have been a Federal Law Enforcement Officer for 10 years, serving as a Supervisory United States Border Patrol Agent and Drug Enforcement Administration Task Force Agent.

2. This affidavit is made in support of a complaint charging Kyron B. MURDOCK (M/B, DOB: 01/02/1985) with being a convicted felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), and carrying a firearm during the commission of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c). A warrant for the defendant's arrest is requested.

3. Based upon the following, there is probable cause to believe that on August 25, 2005, the defendant knowingly possessed a firearm, namely a Smith and Wesson model 2206, .22 caliber semi-automatic handgun, bearing serial number VCD 5773, which had previously traveled in interstate commerce, after the defendant had been convicted of a felony namely obstructing justice, entered in Peoria County, Illinois (case # 2003 CF 940).

4. The following information is based upon my own personal observation and information officially supplied to me by other law enforcement agents. Not every fact known to me is included in this affidavit, due to its limited purpose of establishing probable cause to believe the defendant committed the crime charged.

5. On August 25, 2005 Peoria (Illinois) Police Department conducted a vehicle stop in a known drug trafficking/high crime area of Peoria, Illinois. The front seat passenger, Kyron B. MURDOCK, fled on foot from the location of the stop (700 block of West Armstrong Street). After a brief foot pursuit Officers were able to take MURDOCK into custody on the porch of a residence located at 608 Armstrong Street. MURDOCK immediately, and without questioning, stated that he ran because of the "dope" in his pocket and that he didn't want to get caught because he was on parole. Officers began searching MURDOCK'S left side, and he stated that the "dope" was in his right pocket. Officers seized approximately 3.1 grams of crack cocaine, and approximately 3.1 grams of cannabis from the right front pants pocket of Kyron B. MURDOCK.

6. Officers began a systematic search of the route taken by MURDOCK as he fled the vehicle. Officers recovered a silver Smith and Wesson model 2206, .22 caliber semi-automatic pistol, serial # VCD 5773 from a trash can near a residence located at 1314 North Sheridan.

7. MURDOCK was read his Miranda Rights and answered in the affirmative that he understood them. MURDOCK admitted that the narcotics that had been seized by the Officers were his. MURDOCK stated that, at the time the Officers stopped the vehicle, he was waiting for a call with the intent of delivering the narcotics. MURDOCK further admitted to possessing a chrome handgun with brown grips (matching the description of the recovered firearm), and stated that he carried the firearm for protection.

8. I provided the firearm information to ATF Special Agent Mark Geever, who is qualified as an expert in tracing the origin of firearms having testified in Federal Court on

seventeen occasions. Based on an initial review of the information provided, Special Agent Geever was able to conclude that the Smith and Wesson model 2206, .22 caliber semi-automatic handgun, bearing serial number VCD 5773, was not manufactured in the State of Illinois. Thus, by virtue of it's existence in Illinois, this firearm traveled in interstate commerce prior to August 25, 2005.

                                              s/John Hobbe
                                              John Hobbs
                                              Special Agent
                                              Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me
September 9, 2005

s/John A. Gorman

JOHN GORMAN
UNITED STATES MAGISTRATE JUDGE