IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

FILED
SEP 2 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 05-10067 |
| KYRON MURDOCK, ) | VIO: Title 18, United States Code Section 922(g) |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges:

On or about August 25, 2005, in Peoria County, within the Central District of Illinois, the defendant,

**KYRON MURDOCK,**

did knowingly possess a firearm, a Smith and Wesson .22 caliber pistol, which had previously traveled in interstate commerce, the defendant having been previously convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(g).

A True Bill,

s/Foreperson
**Foreperson**

s/TATE CHAMBERS

**JAN PAUL MILLER**
**UNITED STATES ATTORNEY**

BWM/ms