AO 442 (Rev. 6/95) Warrant for Arrest

E-FILED
Friday, 23 September, 2005  02:29:39 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL    **DISTRICT OF**    ILLINOIS    RECEIVED

2005 SEP 15 P 1: 24

US MARSHALS SERVICE
CENTRAL ILLINOIS

UNITED STATES OF AMERICA

v.

Kyron Murdock

Peoria, IL

**WARRANT FOR ARREST**

05-10067

CASE NUMBER:    05-M - 6035

**FILED**

SEP 2 2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        Kyron Murdock

_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offenses)

Possession of a Firearm by a Felon.

in violation of Title        18                United States Code, Section(s)        18 U.S.C. § 922(g)

John A. Gorman                                United States Magistrate Judge
Name                                          Title of Issuing Officer

s/ John A. Gorman                             September 9, 2005 @ Peoria, Illinois
Signature of Issuing Officer                  Date and Location

Bail fixed at    $  Detention Requested            by   John A. Gorman, U.S. Magistrate Judge
                                                        Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendants at _Peoria, IL_

| DATE RECEIVED 9-12-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-12-05 | John Hobbs ATF | _mnh_ |