E-FILED
 Tuesday, 27 September, 2005 12:41:38 PM
 Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>    Plaintiff )<br> )<br> ) CASE NO. **05-10067**<br> )<br>**Kyron Murdock** )<br>    Defendant ) | |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:00 P.M.** on **Friday, October 21, 2005.**

This matter is set for Jury Trial at 9:00 A.M. on **Monday, November 28, 2005.**

at

[ X ] Peoria, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 27th day of September, 2005.

```
                                              s/ John A. Gorman
```

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE