UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 05-10067 |
| | ) | |
| KYRON MURDOCK, | ) | <u>Hearing Requested</u> |
| | ) | |
| Defendant. | ) | |

**MOTION TO SUPPRESS EVIDENCE**

Now comes the Defendant KYRON MURDOCK by his attorney KARL W. BRYNING, and pursuant to Rule 12(b)(3), Fed.R.Crim.P., moves this Court for the entry of an order suppressing a) all items of physical evidence which were seized from the defendant's person by officers of the Peoria Police Department on August 25, 2005; and b) all statements, communications, admissions and confessions, whether written or oral, and whether inculpatory or exculpatory, which are alleged to have been made by the defendant to officers and agents of the Peoria Police Department at the time of and subsequent to his arrest on August 25, 2005.

As grounds therefore, defendant states as follows:

1. On August 25, 2005 at about 2:54pm defendant was a front seat passenger in a car driven by Norman Gates.

2. At about that time officers Allenbaugh, Hightower and Braun and of the Peoria Police Department stopped the car near the 700 block of West Armstrong Street Street in the city of Peoria, Illinois.

3. As Officers Allenbaugh, Hightower and Braun stopped they allegedly observed Mr.

1

Murdock run from the location of the stop.

4. Officer Joshua W. Allenbaugh pursued Mr. Murdock to 608 Armstrong Street in Peoria, Illinois and there placed him in custody and seized approximately 3.1 grams of crack cocaine and approximately 3.1 grams of cannabis from his right front pants pockets.

5. Sergeant Theobald later located a silver pistol from a trash can near a residence located at 1314 North Sheridan.

6. Mr. Murdock is alleged to have admitted to possession of the drugs and the gun that were seized.

7. The seizure and subsequent detention of defendant was warrantless and was not based upon probable cause or reasonable suspicion that defendant or anyone else had committed or was committing a criminal or motor vehicle offense at the time of the stop. Delaware v. Prouse, 440 U.S. 648, 653-59 (1979); United States v. Martinez-Fuerte, 428 U.S. 543, 556 (1976); United States v. Brignoni-Ponce, 422 U.S. 873 (1975).

8. Following the stop of the car Officer Allenbaugh and Sergeant Theobald of the Peoria Police Department questioned defendant in a squad car in the area of Sheridan and Armstrong Streets in Peoria, Illinois.

9. Prior to this custodial interrogation defendant was not advised that he had a right to remain silent, that anything he said might be used against him in a court of law, that he had a right to an attorney, and that if he could not afford one, an attorney would be appointed by the court before any questioning.

10. As a result of the questioning defendant allegedly made various incriminating oral statements while in custody. Those statements were involuntary and were obtained in violation of

the defendant's rights as guaranteed under the Fifth Amendment to the U.S. Constitution. Miranda v. Arizona, 384 U.S. 436 (1966).

11.   All of the evidence that is subject to this motion was obtained in violation of defendant's rights under the Fourth and Fifth Amendments to the U.S. Constitution. Because the evidence consists of fruits of the unlawful seizure and search of defendant, it must be suppressed. Wong Sun v. United States, 371 U.S. 471, 479-84 (1963); Brown v. Illinois, 422 U.S. 590 (1975);

WHEREFORE, defendant requests the entry of an order suppressing a) all items of physical evidence which were seized from defendant's person; and b) all statements, communications, admissions and confessions, whether written or oral, and whether inculpatory or exculpatory, which are alleged to have been made by defendant to officers and agents of the Peoria Police Department at the time of and subsequent to his arrest on August 25, 2005.

           KYRON MURDOCK, Defendant

           RICHARD H. PARSONS
           Chief Federal Public Defender

BY:   /s/ Karl W. Bryning

           KARL W. BRYNING
           Assistant Federal Defender
           401 Main Street, Suite 1500
           Peoria, Illinois 61602
           Phone: (309) 671-7891

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing instrument was mailed to Mr. Brad Murphy, Assistant United States Attorney, One Technology Plaza, 211 Fulton, Suite 400, Peoria, IL 61602 on October 25, 2005.

/s/Karl W. Bryning

KARL W. BRYNING