UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 05-10067 |
| | ) | |
| KYRON MURDOCK, | ) | <u>Hearing Requested</u> |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

Now comes the Defendant, KYRON MURDOCK, by his attorney, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order continuing the pre-trial conference, presently scheduled for October 31, 2005, to a future date and states as follows:

1. Defense counsel is unavailable due to previously scheduled administrative leave.

2. In order to protect the defendant's Fifth and Sixth Amendment's rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by continuing the pretrial conference to a future date.

WHEREFORE, defense counsel respectfully requests the entry of an Order continuing the pretrial conference date in this cause.

KYRON MURDOCK, Defendant

<u>/s/ Karl W. Bryning</u>

Karl W. Bryning
Assistant Federal Public Defender
Attorney for Defendant
401 Main Street, Suite 1500
Peoria, Illinois 61602

1

Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Bradley Murphy, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

/s/ Karl W. Bryning
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org