E-FILED
Wednesday, 09 November, 2005 10:10:54 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 05-10067** |
| **Kyron Murdock** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** Peoria County Jail at Peoria, IL.

        **WE COMMAND** that you produce the body of **Kyron Murdock**, Register No. **118733**, who is in your custody at Peoria County Jail before the United States District Court on **Thursday, November 17, 2005 at 2:30 pm** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

        **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  November 9, 2005

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _____s/R. Knox_____
      Deputy Clerk