UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 05-10067 |
| | ) | |
| KYRON MURDOCK, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SECOND MOTION IN LIMINE**
(Possession of controlled substances and parole status)

Now comes the Defendant KYRON MURDOCK by his attorney KARL W. BRYNING, and pursuant to Rules 103 and 104, Fed.R.Evid., moves this Court for the entry of an order barring the Government from introducing evidence of defendant's parole status or possession of controlled substances at trial. In support, defendant states as follows:

1. Defendant is charged in this cause with knowingly possessing a firearm which had previously traveled in interstate commerce, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year.

2. Defendant and his counsel have reason to believe that the Government will seek to introduce evidence of his possession of controlled substances and parole status at the time of arrest in the instant case.

3. The probative value of admitting evidence of Mr. Murdock's possession of controlled substances and/or parole status is outweighed by the prejudicial effect such evidence would have upon the accused.

4. Evidence of Mr. Murdock's possession of controlled substances and/or parole status

1

is not relevant or material to any fact at issue in this cause.

    WHEREFORE, Defendant requests the entry of an order barring the Government from introducing any evidence of defendant's parole status or possession of controlled substances at trial.

                                          KYRON MURDOCK, Defendant

                                          RICHARD H. PARSONS
                                          Federal Public Defender

BY:    /s/ Karl W. Bryning

                                          Karl W. Bryning
                                          Assistant Federal Public Defender
                                          Attorney for Defendant
                                          401 Main Street, Suite 1500
                                          Peoria, Illinois 61602
                                          Phone: 309/671-7891
                                          FAX: 309/671-7898
                                          Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Bradley Murphy, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

      /s/ Karl W. Bryning
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org