E-FILED
Wednesday, 14 December, 2005  10:18:15 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  05-10067 |
| | ) | |
| KYRON MURDOCK, | ) | |
| | ) | |
| Defendant. | ) | |

### RESPONSE TO MOTION FOR DISCLOSURE OF RULE 404(b) EVIDENCE

Now comes the United States of America by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney, in response to defendant's Motion for Disclosure of Rule 404(b) Evidence, states as follows:

1.  The government does intend to present evidence of other crimes, that is the possession of crack cocaine and marijuana by the defendant.

2.  This evidence is not presented pursuant to Rule 404(b), but is other acts evidence which is "intricately related" to the charge of possession of a firearm.  It assists in completing the story of the charged offense.  *See United States v. King*, 126 F.3d 987, 995 (7th Cir. 1997).

3.  Rule 404(b) and its accompanying analysis do not apply when the other acts are directly related to the charged offense.  United States v. Adames, 56 F.3d 737, 742 (7th Cir. 1995).

Respectfully submitted,
UNITED STATES OF AMERICA
RODGER A. HEATON
UNITED STATES ATTORNEY

**s/:  BRADLEY W. MURPHY**
Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2005, I electronically filed the **RESPONSE TO MOTION FOR DISCLOSURE OF RULE 404(b) EVIDENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> **Karl Bryning**
> **Assistant Federal Defender**
> **401 Main Street, Suite 1500**
> **Peoria, IL 61602**

> <u>**s/: MARGO SCAMP**</u>
> **MARGO SCAMP**
> Legal Assistant
> Office of the United States Attorney
> One Technology Plaza
> 211 Fulton Street, 4th Floor
> Peoria, Illinois 61602
> Telephone: 309.671.7050

3