IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-10067 |
| KYRON MURDOCK, | ) |
| Defendant. | ) |

**GOVERNMENT'S LIST OF PHYSICAL EVIDENCE**

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney, and submits the following list of physical evidence:

1. handgun and ammunition
2. crack cocaine
3. Marijuana
4. diagram

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

**s/: BRADLEY W. MURPHY**
Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2005, I electronically filed the

**GOVERNMENT'S LIST OF PHYSICAL EVIDENCE** with the Clerk of the Court using

the CM/ECF system which will send notification of such filing to the following:

> **Karl Bryning**
> **Assistant Federal Defender**
> **401 Main Street, Suite 1500**
> **Peoria, IL 61602**

> <u>**s/: MARGO SCAMP**</u>
> **MARGO SCAMP**
> Legal Assistant
> Office of the United States Attorney
> One Technology Plaza
> 211 Fulton Street, 4th Floor
> Peoria, Illinois 61602
> Telephone: 309.671.7050