# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-10067 |
| ) | |
| KYRON MURDOCK, ) | |
| ) | |
| Defendant. ) | |

## EXPERT WITNESS NOTIFICATION

Now comes the United States of America by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney, and pursuant to the request of the defendant, makes the following disclosure as to Expert Witness Mark Geever:

   1.  Special Agent Mark Geever will testify as an expert on the interstate nexus of firearms.

   2.  Special Agent Geever will base his opinion on his education, training, experience and examination in this case which are detailed in pages 24-26 of the discovery.

   3.  Special Agent Geever will testify that the firearm in question traveled in interstate commerce prior to November 15, 2005 since it had been manufactured in the State of Maine.

Respectfully submitted,
UNITED STATES OF AMERICA
RODGER A. HEATON
UNITED STATES ATTORNEY

**s/:  BRADLEY W. MURPHY**
Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2005, I electronically filed the **EXPERT WITNESS NOTIFICATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> **Karl Bryning**
> **Assistant Federal Defender**
> **401 Main Street, Suite 1500**
> **Peoria, IL 61602**

> **s/: MARGO SCAMP**
> **MARGO SCAMP**
> Legal Assistant
> Office of the United States Attorney
> One Technology Plaza
> 211 Fulton Street, 4th Floor
> Peoria, Illinois 61602
> Telephone: 309.671.7050