AO 187 (Rev. 4/82)  EXHIBIT AND WITNESS LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| USA | | | vs. | Kyron Murdock | DISTRICT | CDIL |
| PLAINTIFF'S ATTORNEY | | | DEFENDANT'S ATTORNEY | | DOCKET NUMBER | 05-10067 |
| B. Murphy / J. Broot | | | K. Irving | | TRIAL DATE(S) | 12-20-05 |
| PRESIDING JUDGE | | | COURT REPORTER | | COURTROOM DEPUTY | |
| McCagle | | | N. Mersot | | RR | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | 12-20-06 | ✓ | 12/20/06 | Diagram - | Cans Hightower |
| 2 | | | ✓ | | Crack Cocaine Bag | |
| 3 | | | ✓ | | Cannabis Bag | |
| 5A | | | ✓ | | Photograph - Officer Thealand | Thealand |
| 5b | | | ✓ | | " Garbage Cans | |
| 5c | | | ✓ | | " Gun in garbage can | |
| 1A | | | ✓ | | 22 Caliber Handgun | Clay Hightower |
| 1b | | | ✓ | | Magazine to 22 caliber | |
| 1c | | | ✓ | | Bullets to 22 caliber | |

FILED DEC 2005 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages