We the jury find the defendant,

**KYRON MURDOCK**

FILED
DEC 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Guilty of the charge of Possession of a Firearm by a Felon.

s/FOREPERSON
Foreperson

s/JUROR

s/JUROR

s/JUROR

s/JUROR

s/JUROR

s/JUROR

s/JUROR

s/JUROR

s/JUROR

s/JUROR