E-FILED
Wednesday, 21 December, 2005 02:05:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
DEC 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-10067 |
| KYRON MURDOCK, | ) |
| Defendant. | ) |

### STIPULATION

Now comes the parties, the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and the defendant, Kyron Murdock, and his attorney, Karl Bryning, and hereby agree and stipulate as follows:

1. That prior to August 25, 2005, the defendant, Kyron Murdock, had been convicted of a crime punishable by imprisonment for a term exceeding one year.

s/Bradley Murphy
BRADLEY W. MURPHY
Assistant United States Attorney
Dated 12/19/05

s/Kyron Murdock
KYRON MURDOCK, Defendant
Dated 12/19/05

s/Karl Bryning
KARL BRYNING, Attorney for Defendant
Dated 12/19/05