UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Crim. No. 05-10067 |
| | ) |
| KYRON MURDOCK, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL**

Now comes Karl W. Bryning, Assistant Federal Public Defender, and the Office of the Federal Public Defender for the Central District of Illinois and move this Honorable Court for the entry of an Order granting them leave to withdraw as counsel of record for the Defendant in the above-entitled cause on the ground that the undersigned counsel have a conflict of interest in representing the Defendant based upon counsel's representation of another party in another case. Counsel requests an in camera hearing to provide further information in support of this motion. Assistant United States Attorney Brad Murphy makes no objection to this motion.

        RICHARD H. PARSONS
        Chief Federal Public Defender

        s/ Karl W. Bryning

        Karl W. Bryning
        Assistant Federal Public Defender
        Attorney for Defendant
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: 309/671-7891
        FAX: 309/671-7898
        Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

       I hereby certify that on March 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Bradley Murphy, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

                                               s/ Karl W. Bryning

                                               Karl W. Bryning
                                               Assistant Federal Public Defender
                                               Attorney for Defendant
                                               401 Main Street, Suite 1500
                                               Peoria, Illinois 61602
                                               Phone: 309/671-7891
                                               FAX: 309/671-7898
                                               Email: karl_bryning@fd.org