UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 05-10067 |
| | ) | |
| KYRON MURDOCK, | ) | Hearing Requested |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE SENTENCING HEARING**

Now comes the Defendant, KYRON MURDOCK, by his attorney, and moves this Court for the entry of an Order continuing the sentencing hearing, presently scheduled for March 24, 2006, to a future date and states as follows:

1.   Defense counsel has become aware of a conflict of interest in the representation of Mr. Murdock.

2.   Defense counsel requests that different counsel be appointed to represent Mr. Murdock.

WHEREFORE, defense counsel respectfully requests the entry of an Order continuing the sentencing hearing in this matter for purposes of appointing new counsel and for new counsel to become familiar with Mr. Murdock's case.

KYRON MURDOCK, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:   /s/ Karl W. Bryning

1

Karl W. Bryning
Assistant Federal Public Defender
Attorney for Defendant
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Bradley Murphy, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

      /s/ Karl W. Bryning
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org