E-FILED
Tuesday, 18 April, 2006 09:08:17 AM
Clerk, U.S. District Court, ILCD



3-17-06

Your Honor, I am writing on behalf of Kyron Murdock. My name is Jennifer Viel, I am 42 years of age and I am employed as a Certified Nursing assistance for going on 8 years. I have resided in Peoria, Ill. since the age of 4. I have been knowing Kyron since he was a little boy. For the most part he has lived a troubled life. I really dont even know where to began, but I do believe for Kyron a lot of his troubles might of started at home as a young kid, having to basically take care of himself the best way that he knew how. No-one to guide him but the streets. No foundation of hope & guidance. Just a young kid exposed to the bitter & negative side of life. No positive Role models for him to imitate. Just him & his brother looking out for one another, because they

(2)

were all each other had. His brother, Jamar Murdock, was gunned down not even a year ago in broad day light in front of a Church. Two days prior to that tragedy, Kyron was shot & wounded. I never saw Kyron cry until his brother was killed, but he always had a sad, lost expression upon his face. I saw Kyron at his happiest moment when his son, Lil' Kyron was born & I believe his second happiest moment was when his little girl came into the world not even a year ago. Your honor, I know there comes a point in a person's life when excuses are no longer acceptable, a person must sooner or later own up to his or her actions & prepare them selves for the consequences. I am by no means making up excuses for Kyron, but I plead with you, your honor, to please give him some kind of chance, a glimmer of hope, so that he can



continue to be the loving young father that he is to his Children. The Kyron that I've come to know & love is very well-mannered, very respectful, Answered me with "No, ma'am, yes, ma'am." Never spoke a curse word in my presence. I would often give him words of encouragement, especially after the death of his brother. To change his way of living, if not for himself, for his children. He told me he wanted to know how it felt to go to a job, he just didn't know how to go about getting one. He wanted to work & start a new life especially after his brother was killed. Again, your honor, I plead with you to please give Kyron a chance. To have mercy on his life. If I felt that Kyron was not worthy of another chance, I would not be waisting my time nor the ink on this paper. My life is fulfilled, this here takes time out of my day.



Kyron is not a threat to society. Only a threat to himself because of the misguidance in his life. He's still so young, he has so much living to do, but not for his self, for his little boy, for his little girl so he can teach them the things he was never taught.

Thank you,
Jennifer Viel

Judge McDade,

My name is Faith Holocker, I am Kyron Murdock's fiance. We have been in a relationship for three years. We also have two beautiful children together. A two year old son named Kyron Jr. and a daughter Kyra, that is eight months. Within the last couple of years, we moved into our own house and started to build a life for our family. The family that we made together. We have been discussing getting married alot in the past year. Once he is released from prison we plan on following through with it.

Kyron is wonderful father to his son. Being away from him all this time has been one of the hardest things for him to deal with. Missing his son blow out his candles when he turned two and his first day of daycare are moments he'll never be able to get back. His daughter Kyra, he has not been able to bond with her really. She was only one month, when Kyron was sent to jail. Missing his only daughter say her first words and crawl around the house are also memories he'll never be able to share with his daughter. Everything happened so fast, Kyron wasn't even able to kiss or tell his children goodbye.

In additon, to missing his children and family, Kyron just recently lost his older brother this past summer. The loss has been really tough on everyone, especially Kyron. It was a really hard situation for him to go through and he's still healing from the loss. They were really close to eachother, so its been very hard to cope with.

Having all this time away from family, has given Kyron a chance to think about all the choices he's made in his life. Also it's given him time to think about what he needs to do to make a better life for his family when he comes home. I've personally seen many changes in Kyron these last seven months, he's been gone from home. I"ve seen changes in the way he feels life should be lived. Also he has different views about how a man should finacially support his family.

I was wondering if there could be a possibility of Kyron being able to come home for a while before he went to prison. If that is possible i'm hoping that you would take into consideration that me, his children and his family would really appreciate that happpening. Being able to see Kyron and say goodbye would make things a little easier.

I've just been praying that he's given the least amount of time possible during his sentencing. Being behind bars is not what Kyron needs. He needs to be home with his family during his healing process and become a better man for his children. He needs his children just as much as they need him right now. I know that you will make a decision based on the facts and what you see fit.

Thank you for your time,

Faith Holocher

RECEIVED
MAR 22 2006
BY:..................

Dear Judge Mcdade,

I'm writing to you, On behalf on Kiyron Murdock' (My Son). Let me start off by saying, My son is very, smart, loveing and intellgent, I know that sometimes any man can make a mistake in there life, I can not belive the charges brought against him to be true or real, So, therefore Im asking the court to have some kidd of mercy on him.

When his brother pass, It took a lot from him, Cause they were always close, To lose another son for a long time will devasted me as well as the rest of my family, And also his family, which he has a little girl and boy. So I am also asking the Court to place him somewere close to home, So that we will be able to continue to see him,

Please take this letter for my Son Kiyron Murdock, very Serious, If I could say these words to you in PERSON, it will be a lot more.

Thank you very much for giving me a Chance to speak on my son behalf, Sincerly Elizabeth Elmore

Dear Mr. McDade

My name is Kyron Brile Murdock. I'm 21 year old. When I caught my case I was 20. The date was Aug. 25 2005. Since then I've been in custody. During this time I've grown alot. Mentally and Spiritually. I understand life better now. I realize that I've been put in my situation to humble myself. And to become a better person. And thats what I've done.

I have two Kids Mr McDade, and a lovely woman by my side. They help kept me strong along with God! My family gives me hope. Hope of still having a future. I plan on marring the mother of my children when I come home. I plan to be a good father to my children & a good husband to my wife. We have a son thats 2 year old and a daughter that's only 7 month. Now my son is a JR! I was in his life for most of it. I was a good father to him. And I spend time with him. But I can't say the same about my

daughter. When I left she was only one month so I've pretty much missed the first precious months of her life. I haven't had the chance to bond with my Kyra, but if it's gods will I will be able to soon.

Mr. McDade this time that I have been gone has effect my family enormously. They need me so much sir. My mother and father are going through major changes right now. We all are. This last past year has been the hardest year of our lifes. In May, 2005 my mother had to bury my big brother Jamar Kossa Murdock. He was 22 years old and also a father. He got Killed just walking down the street from a gun shot wound to the head. My mother was crushed. I was crushed. I didn't Know what to do sir. I felt like everything was over with. I stoped caring about my life. I felt scard and alone, I felt like I was part of the reason why my big brother was dead. I wasn't there with him to give him strenght like he has always been right there for me. The lost of him was devastating for my whole family. For the most part my mother was strong, but it like after I got lock up the pain worsted 10 x greater than what it was. For her to lose two

son in one year has been really hard for her. So I Know if I get a long term sentence she would lose it. So Mr McDade I'm asking please have leaniney on me. I'm a better man of judgement. I've humbled myself. I Know what I need to do, and I'm ready to do it. I'm ready to live for my parents, for my family that I've been blessed with, for myself. I understand that life is what you make it. If you go about it negatively most likely the end result will be negative. But if you change the way you act, the way you talk, the way you think, and the negative things about yourself the end result will be positive.

Mr. McDade thank you for taking the time and reading this letter sir. I really do appreciate it. Thank you

Kyon Brile Murdock

TO: Jude Joe McDADE

FROM: Milus MURDOCK

This letter is from Milus Murdock. This about Kyron Murdock's childhood life of growing up into an evironment to being raised by only one parent. Kyron had a young life of being involved with small juvenile problem's, that was not positive for any child when growing up. I was into things that kept us from being around the kind of life young Children should be made aware of and staying out of trouble. Things was always complicated in bringing him and the others up to becoming good citizens. He's really not the type of individual that they're trying to describe in his pre-sentcing investion. Kyron was always a respectable young man during the time of growing up. I was into trouble and that made living condition and going to school and working to become a productive person difficult. There was drug usage around him all the time. I was in jail most of the time in his younger life. They was really left to defend for ~~them~~ themselves. He also lost this brother to street life and drugs and violence played a very large part of the young man being misled about how anyone can become a decent human being

and never have to go thorough this troublesome court proceeding. He has two beautiful children who truly love him and a fiancee who's being very supportive of him during his incarceration and hopefully looking forward to him being able to come home one day and prove to all that he deserves a chance to make a better life and provide for all the love ones. He is being involved with some counseling and anger management to help him deal with things in his new life. Also we would like to have you recommend for Hyron Murdock to be placed at the Pekin Federal Correctional Center, because we don't have the proper transporation of financial stalibitily to travel far from Peoria County for visiting priviledge. I'm writing this letter of concern to show that someone truly loves and cares about Hyron and we're praying that all of the above can be worked out in the upcoming sentencing.

Thank You
Sincerely
Milus Murdock