UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff*,

    *v.*　　　　　　　　　　　　　　　　　　　　　　　　Case No. 05-10067

KYRON MURDOCK,

    *Defendant.*

## NOTICE OF APPEAL

Notice is hereby given that KYRON MURDOCK, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the conviction and sentence contained in the final judgment and Order of the District Court entered on April 21, 2006, sentencing the defendant to a term of imprisonment of forty-one (41) months in the United States Bureau of Prisons and a three (3) year term of supervised release in this criminal case.

    Respectfully submitted,

    KYRON MURDOCK,
    *Defendant*

    s/ Ronald L. Hanna

    Ronald L. Hanna
    Attorney for Defendant
    411 Hamilton Blvd, Suite 1004
    Peoria, Illinois 61602
    Phone: 309/676-3608
    FAX: 309/676-3219
    Email: lenhanna@sbcglobal.net

CERTIFICATE OF SERVICE

    I hereby certify that on April 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bradley Murphy, Assistant U.S. Attorney, 211 Fulton Street, Suite 400, Peoria, IL 61602.

    s/ Ronald L. Hanna

    Ronald L. Hanna
    Attorney for Defendant
    411 Hamilton Blvd, Suite 1004
    Peoria, Illinois 61602
    Phone: 309/676-3608
    FAX: 309/676-3219
    Email: lenhanna@sbcglobal.net