UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA,

  *Plaintiff*,

  *v.*                 Case No. 05-10067

KYRON MURDOCK,

  *Defendant*.

### CIRCUIT RULE (3)(c)(1) DOCKETING STATEMENT

1. The jurisdiction of the United States District Court for the Central District of Illinois was founded upon 18 U.S.C. § 3231. The defendant, KYRON MURDOCK, was charged by way of a one count indictment alleging a violation of 18 U.S.C. §922(g), felon in possession of a firearm.

2. The jurisdiction of the United States Court of Appeals for the Seventh Circuit is founded upon 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and is based upon the following particulars:

 i. Date of entry sought to be reviewed:   judgment and conviction entered April 21, 2006;

 ii. Filing date of motion for new trial: N/A

 iii. Disposition of motion and date of entry: N/A

 iv. Filing date of notice of appeal: April 24, 2006

Respectfully submitted,

KYRON MURDOCK,
*Defendant*

s/ Ronald L. Hanna

Ronald L. Hanna
Attorney for Defendant
411 Hamilton Blvd, Suite 1004
Peoria, Illinois 61602
Phone: 309/676-3608
FAX: 309/676-3219
Email: lenhanna@sbcglobal.net

CERTIFICATE OF SERVICE

    I hereby certify that on April 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bradley Murphy, Assistant U.S. Attorney, 211 Fulton Street, Suite 400, Peoria, IL 61602.

        s/ Ronald L. Hanna

        Ronald L. Hanna
        Attorney for Defendant
        411 Hamilton Blvd, Suite 1004
        Peoria, Illinois 61602
        Phone: 309/676-3608
        FAX: 309/676-3219
        Email: lenhanna@sbcglobal.net