UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                            Case No. 05-10067

KYRON MURDOCK,

    *Defendant*.

## MOTION TO WITHDRAW AS DEFENDANT'S APPOINTED COUNSEL

Now comes Ronald L. Hanna and moves this Court for the entry of an Order granting counsel leave to withdraw as the Defendant's appointed counsel and in support thereof states as follows:

1. That the undersigned attorney is the appointed counsel of record for the defendant in the above-entitled case by order of this Court.

2. That a final judgment and Order was entered by this Court on April 21, 2006, sentencing the defendant to a term of imprisonment of forty-one (41) months in the United States Bureau of Prisons and a three (3) year term of supervised release in this criminal case.

3. That pursuant to the request of the defendant, counsel has filed a notice of appeal and required docketing statement.

WHEREFORE, counsel respectfully requests the entry of an order allowing him to withdraw as appointed counsel in the above-entitled cause.

Respectfully submitted,

s/ Ronald L. Hanna

Ronald L. Hanna
Attorney for Defendant
411 Hamilton Blvd, Suite 1004
Peoria, Illinois 61602
Phone: 309/676-3608
FAX: 309/676-3219
Email: lenhanna@sbcglobal.net

CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Bradley Murphy, Assistant U.S. Attorney, 211 Fulton Street, Suite 400, Peoria, IL 61602.

                                  s/ Ronald L. Hanna

                                  Ronald L. Hanna
                                  Attorney for Defendant
                                  411 Hamilton Blvd, Suite 1004
                                  Peoria, Illinois 61602
                                  Phone: 309/676-3608
                                  FAX: 309/676-3219
                                  Email: lenhanna@sbcglobal.net