# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                                          Docket No.: 05-10067

Division: Peoria

### Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)

Kyron Murdock                                       v.      USA

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Ronald Hanna                                       Name: Brad Murphy

Firm: Hanna & Hanna                                      Firm: Asst US Atty

Address: 411 Hamilton Blvd., Suite 1500                  Address: Suite 400, 211 Fulton St.

Peoria, IL. 61602                                        Peoria, IL. 61602

Phone: 309-676-3608                                      Phone: 309-671-7050

---

Judge: Joe B. McDade                                     Nature of Suit Code:

Court Reporter: N. Mersot                                Date Filed in District Court: 9/21/05

                                                         Date of Judgment: 4/21/06

                                                         Date of Notice of Appeal: 4/24/06

Counsel:  __X_Appointed    ___Retained    ___Pro Se

Fee Status:   ___Paid    ___Due    X___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    _X__Yes    ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**