# UNITED STATES COURT OF APPEALS
## SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

FILED
MAY -1 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:  06-2183                Docketed on: 4/27/06
Short Caption:        USA v. Murdock, Kyron
District Court Judge: Joe Billy McDade
District Court No.:   05 CR 10067

If you have any questions regarding this appeal, please call this office.

(1003-012490)