ELECTRONIC FILING SYSTEM - U.S. District Court ILCD (LINUX) - Docket Report   Page 1 of 10
1:05-cr-10067-JBM-JAG   # 50   Page 1 of 10

E-FILED
Wednesday, 16 August, 2006  11:24:40 AM
Clerk, U.S. District Court, ILCD

APPEAL

# U.S. District Court
## United States District Court for the Central District of Illinois (Peoria)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10067-JBM-JAG All Defendants
### Internal Use Only

Case title: USA v. Murdock
Magistrate judge case number: 1:05-mj-06035-JAG

Date Filed: 09/21/2005
Date Terminated: 04/26/2006

Assigned to: Judge Joe Billy McDade
Referred to: Magistrate Judge John A. Gorman

Appeals court case number: '06-2183'
'7th Circuit'

**Defendant**

**Kyron Murdock** (1)
*TERMINATED: 04/26/2006*

represented by **Jordan S Ginsberg**
Sidley Austin Brown & Wood
One Dearborn Street
Chicago, IL 60603
312-853-7794
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Seventh Circuit Appointment*

**Karl W Bryning**
FEDERAL PUBLIC DEFENDER
Suite 1500
401 Main St
Peoria, IL 61602
309-671-7891
Fax: 309-671-7898
Email: Karl_Bryning@fd.org
*TERMINATED: 03/23/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Ronald Len Hanna**
HANNA & HANNA
Associated Bank Plaza
Suite 1004
411 Hamilton Blvd
Peoria, IL 61602-1104

309-676-3608
Fax: 309-676-3219
Email: lenhanna@sbcglobal.net
*TERMINATED: 07/24/2006*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Robert Andre Alvarado**
FEDERAL PUBLIC DEFENDER
Suite 1500
401 Main St
Peoria, IL 61602
309-671-7891
Fax: 309-671-7898
Email: Robert_Alvarado@fd.org
*TERMINATED: 03/23/2006*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:922G.F: UNLAWFUL TRANSPORT OF FIREARMS, ETC. - On or about 8/25/05, in Peoria County, deft did knowingly possess a firearm, a Smith and Wesson .22 caliber pistol, which traveled in interstate commerce and deft having been previously convicted of a crime in violation of 18 USC Section 922(g).
(1)

**Disposition**

Dft committed to the custody of the BOP for 41 months. Dft placed on Supervised Release for 3 years. No Fine. Special Assessment of $100.00.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:922G.F - FELON IN POSSESSION OF A FIREARM - From on or about 8/25/05 within the CDIL, Dft did knowingly possess a firearm which had previously traveled in interstate

**Disposition**

commerce after being convicted in violation of Title 18 USC Section 922(g)

**Plaintiff**

USA  represented by **Bradley W Murphy**
US ATTY
Suite 400
211 Fulton St
Peoria, IL 61602
309-671-7050
Fax: 309-671-7259
Email: brad.murphy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/2005 | 1 | +++ SEALED COMPLAINT as to Kyron Murdock (1). (RK, ilcd) [1:05-mj-06035-JAG] (Entered: 09/09/2005) |
| 09/12/2005 |  | Case unsealed as to Kyron Murdock (KB, ilcd) [1:05-mj-06035-JAG] (Entered: 09/13/2005) |
| 09/12/2005 |  | Minute Entry for proceedings held before Judge John A. Gorman. Parties present in open court by AUSA Murphy, FPD Alvarado with defendant Kyron Murdock for Initial Appearance at 2:00 p.m. on Monday, 9/12/2005 - same held. Defendant acknowledges receipt of copy of complaint. Financial affidavit filed by defendant. Defendant questioned re: financial status to hire counsel. Court appoints counsel. FPD Alvarado present in open court. Defendant advised of charges and possible penalties. Govt requests detention. Defendant requests hearing. Detention Hearing set for Tuesday, 9/13/2005 at 10:30 a.m. in person in Peoria (Courtroom C) before Magistrate Judge John A. Gorman. Temporary order of detention entered. Defendant remanded to custody of USM. (Tape #C-439 (601 - 796)) (KB, ilcd) [1:05-mj-06035-JAG] (Entered: 09/13/2005) |
| 09/12/2005 | 3 | CJA 23 Financial Affidavit by Kyron Murdock (KB, ilcd) [1:05-mj-06035-JAG] (Entered: 09/13/2005) |
| 09/12/2005 | 4 | ORDER OF TEMPORARY DETENTION as to Kyron Murdock entered by Judge John A. Gorman on 9/12/05. (KB, ilcd) [1:05-mj-06035-JAG] (Entered: 09/13/2005) |
| 09/13/2005 |  | Minute Entry for proceedings held before Judge John A. Gorman: Parties present in open court by AUSA Murphy and FPD Alvarado with Dft Kyron Murdock for Preliminary/Detention hearing on 9/13/05 at 10:30 AM. Same held. Dft waives detention hearing and consents to detention. |

| | | |
|---|---|---|
| | | Case proceeds to preliminary hearing. Gvt proffers evidence. Gvt rests. Evidence presented on behalf of the Dft. Dft rests. Court finds that there is probable cause and this case is bound over to the Grand Jury. Court orders Dft detained pending trial. Order of detention to enter. Dft remanded to the custody of the US Marshal.(Tape #C 439 796-1106.) (TK, ilcd) [1:05-mj-06035-JAG] (Entered: 09/13/2005) |
| 09/13/2005 | 5 | ORDER OF DETENTION PENDING TRIAL Entered by Judge John A. Gorman on 9/13/05 as to Kyron Murdock . (TK, ilcd) [1:05-mj-06035-JAG] (Entered: 09/13/2005) |
| 09/21/2005 | 6 | INDICTMENT as to Defendant Kyron Murdock (1) count(s) 1. (KB, ilcd) (Entered: 09/22/2005) |
| 09/22/2005 | | NOTICE OF HEARING as to Kyron Murdock: Arraignment set for Tuesday, 9/27/2005 at 11:00 AM in person in Courtroom C before Magistrate Judge John A. Gorman. (WW, ilcd) (Entered: 09/22/2005) |
| 09/22/2005 | 7 | Arrest Warrant Returned Executed on 9/12/05 as to defendant Kyron Murdock. (KB, ilcd) (Entered: 09/23/2005) |
| 09/23/2005 | | NOTICE OF HEARING as to defendant Kyron Murdock. Case set for Arraignment at 11:00 a.m. on Tuesday, 9/27/2005 in person in Peoria (in Courtroom C) before Magistrate Judge John A. Gorman. (KB, ilcd) (Entered: 09/23/2005) |
| 09/27/2005 | | Minute Entry for proceedings held before Judge John A. Gorman: Parties present in open court by AUSA Murphy and FPD Bryning with Dft Kyron Murdock for Arraignment held on 9/27/2005 at 11:00 AM. Dft waives reading of indictment in open court. Dft enters plea of not guilty and demands a trial by jury. Case is set for Pretrial Conference on 10/21/2005 at 03:00 PM, and Jury Trial on 11/28/2005 at 09:00 AM, both in person in Peoria in Courtroom D before Judge Joe Billy McDade. Dft remains in the custody of the US Marshal. Scheduling order to enter. (Tape #C 440 722-773.) (TK, ilcd) (Entered: 09/27/2005) |
| 09/27/2005 | 8 | SCHEDULING ORDER Entered by Judge John A. Gorman on 9/27/05 as to Dft Kyron Murdock . (TK, ilcd) (Entered: 09/27/2005) |
| 10/13/2005 | | Set/Reset Deadlines/Hearings as to KYRON MURDOCK: Pretrial Conference set for 10/21/05 is VACATED and RESET to Monday, 10/31/05, at 9:15 AM, in person, in Courtroom D before Judge Joe Billy McDade. (DC, ilcd) (Entered: 10/13/2005) |
| 10/25/2005 | 9 | EDIT BY CLERK: DOCUMENT STRICKEN PER TEXT ORDER OF 10/26/05: MOTION to Suppress Evidence by Kyron Murdock. (Bryning, Karl) Modified on 10/26/2005 (HK, ilcd). (Entered: 10/25/2005) |
| 10/26/2005 | | TEXT ORDER striking 9 Motion to Suppress as to Kyron Murdock as not assiged according to the administrative procedures. Entered by Judge John A. Gorman on 10/26/05. (HK, ilcd) (Entered: 10/26/2005) |
| 10/27/2005 | 10 | MOTION to Suppress Evidence by Kyron Murdock. (Bryning, Karl) (Entered: 10/27/2005) |

| | | |
|---|---|---|
| 10/27/2005 | | Set/Reset Deadlines/Hearings as to KYRON MURDOCK: Pretrial Conference set for 10/31/2005 at 4:00 PM, in person, in Courtroom D before Judge Joe Billy McDade. NOTE: This is a CHANGE IN TIME ONLY. The motion to suppress will be heard at this time. (DC, ilcd) (Entered: 10/27/2005) |
| 10/27/2005 | 11 | MOTION to Continue by Kyron Murdock. (Bryning, Karl) (Entered: 10/27/2005) |
| 10/27/2005 | | Set/Reset Deadlines/Hearings as to KYRON MURDOCK: Pretrial Conference set for 10/31/2005 at 9:15 AM, in person, in Courtroom D before Judge Joe Billy McDade. Pretrial conference only will be held at this time to set a further date for the motion to suppress to be heard. (DC, ilcd) (Entered: 10/27/2005) |
| 10/27/2005 | | TEXT ORDER denying 11 Motion to Continue as to KYRON MURDOCK (1) as to continuing the pretrial to a future date. The pretrial hearing remains set on Monday, 10/31/05 with a change in time to 9:15 a.m. Entered by Judge Joe Billy McDade on 10/27/05. (DC, ilcd) (Entered: 10/27/2005) |
| 10/31/2005 | | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in open court by AUSA Brad Murphy/John Campbell/AFPD Karl Bryning with dft Kyron Murdock for Status Conference as to dft Kyron Murdock held on 10/31/2005. Court sets case for Motion Hearing on 10 Motion to Suppress on Wednesday, 11/9/2005, at 10:00 AM in Courtroom D before Judge Joe Billy McDade. All subpoenas previously issued are continued to Wednesday, 11/9/05, at 10:00 a.m. and remain in full force and effect.(Court Reporter NM.) (ML, ilcd) (Entered: 10/31/2005) |
| 10/31/2005 | 12 | RESPONSE to Motion by USA as to Kyron Murdock re 10 MOTION to Suppress *Evidence* (Murphy, Bradley) (Entered: 10/31/2005) |
| 11/04/2005 | | Set/Reset Deadlines/Hearings as to KYRON MURDOCK: Motion Hearing for motion to suppress set for 11/09/05 is VACATED and RESET to Tuesday, 11/08/05 at 2:00 PM, in person, in Courtroom D before Judge Joe Billy McDade. (DC, ilcd) (Entered: 11/04/2005) |
| 11/07/2005 | 13 | MOTION in Limine *Regarding Prior Convictions* by Kyron Murdock. (Bryning, Karl) (Entered: 11/07/2005) |
| 11/07/2005 | 14 | MOTION for Disclosure *[Rule 404(b)]* by Kyron Murdock. (Bryning, Karl) (Entered: 11/07/2005) |
| 11/07/2005 | 15 | MOTION for Release of Brady Materials by Kyron Murdock. (Bryning, Karl) (Entered: 11/07/2005) |
| 11/07/2005 | 16 | MOTION for Discovery *(Rule 16)* by Kyron Murdock. (Bryning, Karl) (Entered: 11/07/2005) |
| 11/08/2005 | | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in o/c by AUSA B. Murphy and J. Brost for the Govt. and Atty K. Bryning with Dft Kyron Murdock for motion hearing held on |

| | | |
|---|---|---|
| | | 11/8/05. Govt presents evidence. Arguments held. Court denies the 10 Motion to Suppress as to Kyron Murdock. Court sets Telephone Status Conference for 11/17/2005 at 02:30 PM before Judge Joe Billy McDade. Clerk to issue telephone writ for Kyron Murdock to be present on telephone conference call. (Court Reporter N Mersot.) (RK, ilcd) (Entered: 11/09/2005) |
| 11/09/2005 | 17 | Writ of Habeas Corpus ad Testificandum Issued as to Kyron Murdock for 11/17/05. (RK, ilcd) (Entered: 11/09/2005) |
| 11/17/2005 | | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present by AUSA B. Murphy for the Govt. and Attys Bryning and Alvarado with dft also present by phone for Status Conference as to Kyron Murdock held on 11/17/2005 in Rock Island. Case is set for hearing on waiver of the jury trial for Tuesday, 11/22/2005 11:00 AM before Judge Joe Billy McDade in person in Peoria. Court vacates the jury trial date of 11/28/05. (Court Reporter Donna Kelly.) (RK, ilcd) (Entered: 11/17/2005) |
| 11/22/2005 | | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in open court by AUSA K. Tate Chambers for Brad Murphy/AFPD Karl Bryning with dft Kyron Murdock forMiscellaneous Hearing re waiver of Jury Trial as to dft Kyron Murdock held on 11/22/2005. Dft sworn and answers questions presented to him by the Court. Dft states he does want to proceed to Jury Trial. Court sets case for Jury Trial on Tuesday, 12/20/2005, at 09:00 AM in Courtroom D before Judge Joe Billy McDade. Court finds it is in the interest of justice to find the period of time from today to 12/20/05 to be excludable pursuant to the Speedy Trial Act; Excludable (XT)given as to Kyron Murdock. (Court Reporter NM.) (ML, ilcd) (Entered: 11/22/2005) |
| 12/13/2005 | | Set/Reset Deadlines/Hearings as to KYRON MURDOCK: Jury Trial to commence with jury selection on Monday, 12/19/05 at 1:00 PM, in person, in Courtroom D before Judge Joe Billy McDade. (DC, ilcd) (Entered: 12/13/2005) |
| 12/14/2005 | 18 | Second MOTION in Limine by Kyron Murdock. (Bryning, Karl) (Entered: 12/14/2005) |
| 12/14/2005 | 19 | RESPONSE to Motion by USA as to Kyron Murdock re 14 MOTION for Disclosure *[Rule 404(b)] Evidence* (Murphy, Bradley) (Entered: 12/14/2005) |
| 12/14/2005 | 20 | EXHIBIT LIST by USA as to Kyron Murdock (Murphy, Bradley) (Entered: 12/14/2005) |
| 12/14/2005 | 22 | NOTICE *EXPERT WITNESS NOTIFICATION* by USA as to Kyron Murdock (Murphy, Bradley) (Entered: 12/14/2005) |
| 12/19/2005 | 23 | Official Court Reporters TRANSCRIPT of Motion to Suppress Proceedings as to Kyron Murdock held on 11/8/5 before Judge Joe B. McDade. Court Reporter: N. Mersot. (HK, ilcd) (Entered: 12/19/2005) |

| | | |
|---|---|---|
| 12/19/2005 | | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in o/c by AUSA B. Murphy and J. Brost for the Govt. and Atty K Bryning with Dft Kyron Murdock for Voir Dire begun on 12/19/2005. Case called for trial and each side announces readiness. Out of the presence of the jury panel, parties discuss pending motions. Argument held regarding #18 Motion in Limine. Motion denied. Jury panel now present for voir dire. Jury sworn to answer questions, called, selected. 12 jurors and 1 alternate empaneled. Time for adjournment at 4:00 p.m. Jury Trial continued for 12/20/2005 09:00 AM before Judge Joe Billy McDade. (Court Reporter N Mersot.) (RK, ilcd) (Entered: 12/20/2005) |
| 12/19/2005 | | TEXT ONLY ORDER denying 18 Second Motion in Limine as to Kyron Murdock (1). Entered by Judge Joe Billy McDade on 12/19/05. (RK, ilcd) (Entered: 12/20/2005) |
| 12/20/2005 | | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in o/c by AUSA B. Murphy and J. Brost for the Govt. and Atty K. Bryning with Dft Kryon Murdock for continued Jury Trial held on 12/20/2005. Out of the presence of the jury, Govt. makes oral correction to #22 Expert Witness Notification regarding the date of August 25, 2005. Allowed. Clerk to correct by interlineation. Jury now present for opening statements by Govt. and defense. Evidence by Govt. Court reads stipulation agreed upon by Govt. and defense. Out of the presence of the jury, defense makes oral motion for judgment of acquittal. Motion denied. Court advises dft of right to testify. Motion in Limine #13 argued by defense. Motion denied. Jury now present. Govt. rests at 2:25 pm. Defense presents evidence. Out of the presence of the jury, Govt. makes oral motion to withdraw exhibits (guns/drugs) from evidence. Allowed. Jury now present. Defense rests. Rebuttal evidence by Govt. Closing arguments by Govt and defense. Rebuttal closing by Govt. Court instructs jury. 3 Officers sworn to take charge of jury during its deliberations. Alternate juror discharged. Jury retires at 4:45 pm to consider verdict. Jury returns into o/c at 6:15 pm with verdict as follows: "We the jury find the defendant, Kyron Murdock Guilty of the charge of Possession of a Firearm by a Felon." Jurors polled and all answer in the affirmative. Verdict rec'd and filed into the record. Jury discharged from further consideration of the case. Judgment of conviction on the verdict entered. Matter referred to US Probation. Sentencing set for 3/24/2006 01:30 PM before Judge Joe Billy McDade. Dft remanded to the custody of the USM.(Court Reporter N Mersot.) (RK, ilcd) (Entered: 12/21/2005) |
| 12/20/2005 | 24 | Proposed Jury Instructions by Kyron Murdock and USA. (RK, ilcd) (Entered: 12/21/2005) |
| 12/20/2005 | 25 | Jury Instructions as to Kyron Murdock. (RK, ilcd) (Entered: 12/21/2005) |
| 12/20/2005 | 26 | EXHIBIT List by Kyron Murdock and USA. (RK, ilcd) (Entered: 12/21/2005) |
| 12/20/2005 | 27 | JURY VERDICT as to Kyron Murdock (1) Guilty on Count 1. (RK, ilcd) (Entered: 12/21/2005) |

| | | |
|---|---|---|
| 12/20/2005 | 28 | STIPULATION filed by Kyron Murdock and Govt during jury trial.(RK, ilcd) (Entered: 12/21/2005) |
| 12/20/2005 | 30 | Amended by interlineation on 12/20/05 Expert Witness Notification by USA as to Kyron Murdock. (RK, ilcd) (Entered: 12/21/2005) |
| 12/21/2005 | 29 | ORDER on Implementation of Sentencing Guidelines as to Kyron Murdock. Entered by Judge Joe Billy McDade on 12/20/05. (RK, ilcd) (Entered: 12/21/2005) |
| 03/20/2006 | 31 | MOTION to Withdraw as Attorney by Karl W. Bryning. by Kyron Murdock. (Bryning, Karl) (Entered: 03/20/2006) |
| 03/20/2006 | 32 | MOTION to Continue *Sentencing Hearing* by Kyron Murdock. (Bryning, Karl) (Entered: 03/20/2006) |
| 03/22/2006 | | NOTICE OF HEARING as to Kyron Murdock: Motion Hearing [#31] set for Thursday, 03/23/06 at 1:30 PM, in person, in Courtroom D before Judge Joe Billy McDade. (DC, ilcd) (Entered: 03/22/2006) |
| 03/23/2006 | | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in open court by AUSA Brad Murphy/AFPD Karl Bryning with dft Kyron Murdoch for Motion Hearing as to Kyron Murdock held on 3/23/2006 re 31 MOTION to Withdraw as Attorney by Karl W. Bryning filed by Kyron Murdock, and 32 MOTION to Continue *Sentencing Hearing* filed by Kyron Murdock. Same held. Court is granting 31 Motion to Withdraw as Attorney. AFPD's Robert Andre Alvarado and Karl W Bryning withdrawn from case as to Kyron Murdock, and Attorney Ron L Hanna appointed by the Court to represent defendant Kyron Murdock; Added attorney Ronald Len Hanna for Kyron Murdock (1). Court is also granting 32 Motion to Continue Sentencing as to Kyron Murdock (1). Sentencing is reset to Friday, 4/21/2006, at 03:30 PM in Courtroom D before Judge Joe Billy McDade. (Court Reporter NM.) (ML, ilcd) (Entered: 03/23/2006) |
| 03/23/2006 | 33 | ORDER CJA 20 as to Kyron Murdock: Appointment of Attorney Ronald Len Hanna for Kyron Murdock. Entered by Judge Joe Billy McDade on 3/24/06. (SM, ilcd) Modified on 3/24/2006 to reflect 3/23/06 appointment date(SM, ilcd). (Entered: 03/24/2006) |
| 04/18/2006 | 34 | COMMENTARIES ON SENTENCING FACTORS by Kyron Murdock. (Attachments: # 1 Appendix Character Reference Letters)(Hanna, Ronald) (Entered: 04/18/2006) |
| 04/21/2006 | | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in o/c by AUSA B. Murphy for the Govt. and Atty R. Hanna with Dft Kyron Murdock for Sentencing on Count 1 held on 4/21/2006. It is Ordered: Dft committed to the custody of the BOP for 41 months. Dft placed on Supervised Release for 3 years. No Fine. Special Assessment of $100.00. Dft advised of appeal rights. Dft remanded to the custody of the U.S. Marshal. (Court Reporter N Mersot.) (RK, ilcd) (Entered: 04/24/2006) |

| Date | # | Description |
|---|---|---|
| 04/21/2006 | 35 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Kyron Murdock (RK, ilcd) (Entered: 04/24/2006) |
| 04/21/2006 | 36 | +++ **SENTENCING RECOMMENDATION** as to Kyron Murdock. (RK, ilcd) (Entered: 04/24/2006) |
| 04/24/2006 | 37 | DOCUMENT STRICKEN PER TEXT ONLY ORDER OF 4/24/06. NOTICE OF APPEAL by Kyron Murdock (Hanna, Ronald) Modified on 4/24/2006 (RK, ilcd). (Entered: 04/24/2006) |
| 04/24/2006 | 38 | JURISDICTIONAL STATEMENT by Kyron Murdock. (Hanna, Ronald) (Entered: 04/24/2006) |
| 04/24/2006 |   | TEXT ONLY ORDER as to Kyron Murdock entered by Judge John A. Gorman on 4/24/06. On 4/24/06 Document #37 Notice of Appeal - Final Judgment was filed with an incorrect date on the Certificate of Service. Therefore, Document #37 is stricken. Counsel is directed to re-file the Notice of Appeal with a Certificate of Service with the correct date on it. (RK, ilcd) (Entered: 04/24/2006) |
| 04/24/2006 | 39 | NOTICE OF APPEAL by Kyron Murdock (Hanna, Ronald) (Entered: 04/24/2006) |
| 04/24/2006 | 40 | First MOTION to Withdraw as Attorney *of record* by Ronald L. Hanna. by Kyron Murdock. (Hanna, Ronald) (Entered: 04/24/2006) |
| 04/24/2006 | 41 | Short Record of Appeal as to Kyron Murdock sent to US Court of Appeals re 39 Notice of Appeal - Final Judgment (HK, ilcd) (Entered: 04/24/2006) |
| 04/24/2006 |   | TEXT ORDER denying 40 Motion to Withdraw as Attorney as to KYRON MURDOCK (1). Court is without jurisdiction to grant relief. Court of Appeals is proper forum. Entered by Judge Joe Billy McDade on 04/24/06. (DC, ilcd) (Entered: 04/24/2006) |
| 04/26/2006 | 42 | JUDGMENT as to Kyron Murdock (1), Count(s) 1, Dft committed to the custody of the BOP for 41 months. Dft placed on Supervised Release for 3 years. No Fine. Special Assessment of $100.00. . Entered by Judge Joe Billy McDade on 4/26/06. (MC, ilcd) (Entered: 04/27/2006) |
| 04/26/2006 | 43 | +++ **SEALED DOCUMENT.** (MC, ilcd) (Entered: 04/27/2006) |
| 04/26/2006 | 44 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Kyron Murdock (MC, ilcd) (Entered: 04/27/2006) |
| 05/01/2006 | 45 | NOTICE of Docketing Record on Appeal from USCA as to Kyron Murdock re 39 Notice of Appeal - Final Judgment. USCA Case Number 06-2183 (HK, ilcd) (Entered: 05/01/2006) |
| 05/16/2006 | 46 | TRANSCRIPT REQUEST by Kyron Murdock for proceedings held on suppression hearing, sentencing, trial before Judge Judge McDade (HK, ilcd) (Entered: 05/16/2006) |
| 06/14/2006 | 47 | OFFICIAL COURT REPORTER'S TRANSCRIPT of Sentencing Proceedings as to Kyron Murdock held on 4/21/06 before Judge Joe B. |

| | | |
|---|---|---|
| | | McDade. Court Reporter: N. Mersot. (TK, ilcd) (Entered: 06/15/2006) |
| 06/14/2006 | 48 | OFFICIAL COURT REPORTER'S TRANSCRIPT of Jury Trial Proceedings as to Kyron Murdock held on 12/19/05 and 12/20/05 before Judge Joe B. McDade. Vol. 1 of 1 Court Reporter: N. Mersot. (TK, ilcd) (Entered: 06/15/2006) |
| 07/24/2006 | 49 | ORDER of USCA (certified copy) as to Kyron Murdock re 39 Notice of Appeal - Final Judgment. IT IS ORDERED THAT the Motion to Withdraw by Atty Ronald L. Hanna is GRANTED. IT IS FURTHER ORDERED THAT Atty Jordan S. Ginsberg is appointed to represent defendant-appellant Kyron Murdock. The Clerk of the District Court shall forward ROA to atty Ginsberg.(See written order). (TK, ilcd) (Entered: 08/15/2006) |
| 07/24/2006 | | ~~Attorney update in case as to Kyron Murdock. Attorney Ronald Len Hanna terminated. (TK, ilcd) (Entered: 08/15/2006)~~ |