E-FILED
Wednesday, 16 August, 2006  12:06:34 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

August 16, 2006

Jordan S. Ginsberg
Sidley, Austin, Brown & Wood
One Dearborn St.
Chicago, IL. 60603

        RE: Murdock v. USA
        D. C. Docket No. 05-10067
        U. S. C. A. Docket No. 06-2183

Dear Mr. Ginsberg:

    I am sending you herewith the original record on appeal. It consists of the following:

    2- Volumes of Pleadings

NO SEALED PLEADINGS

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        JOHN M. WATERS, CLERK

          s/ H. Kallister
    BY:_____
        Deputy Clerk