E-FILED
Monday, 21 August, 2006  12:15:47 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 2 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**JOHN M. WATERS**
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

August 16, 2006

Jordan S. Ginsberg
Sidley, Austin, Brown & Wood
One Dearborn St.
Chicago, IL. 60603

RE: Murdock v. USA
D. C. Docket No. 05-10067
U. S. C. A. Docket No. 06-2183

Dear Mr. Ginsberg:

I am sending you herewith the original record on appeal. It consists of the following:

2- Volumes of Pleadings

NO SEALED PLEADINGS

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/ H. Kallister
_____
Deputy Clerk

Received: August 17, 2006

Thanks for your prompt attention,

Jordan