E-FILED
Monday, 18 December, 2006  04:01:00 PM
Clerk, U.S. District Court, ILCD

# SIDLEY AUSTIN LLP
## SIDLEY

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | GENEVA | SAN FRANCISCO |
| ONE SOUTH DEARBORN | BRUSSELS | HONG KONG | SHANGHAI |
| CHICAGO, IL 60603 | CHICAGO | LONDON | SINGAPORE |
| (312) 853 7000 | DALLAS | LOS ANGELES | TOKYO |
| (312) 853 7036 FAX | FRANKFURT | NEW YORK | WASHINGTON, DC |

jginsberg@sidley.com
(312) 853-7794

FOUNDED 1866

RECEIVED
DEC 1 8 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

December 15, 2006

John M. Waters
Clerk of the United States District Court for the Central District of Illinois
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria IL 61602

Re:    United States v. Murdock, No. 05-CR-10067

Dear Mr. Waters:

In July, I was appointed to represent Mr. Murdock in his appeal to the United States Court of Appeals for the Seventh Circuit of his conviction in the Central District of Illinois. In August, I contacted your office to request a copy of all transcripts, which you graciously and promptly provided. Enclosed, please find that transcript, which I would like to return.

Sincerely,

Jordan Ginsberg

Jordan S. Ginsberg

Enclosure

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships