

# United States District Court

**JOHN M. WATERS**
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
305 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

**FILED**
JAN 3 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

January 30, 2007

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiffs | ) | |
| vs | ) | Case # 05-10067 |
| Kyron Murdock | ) | |
| Defendant | ) | |

## RECEIPT

**Received** from John M Waters, Clerk, United States District Court for the Central District of Illinois the following: 2 volumes of pleadings and 2 loose documents #23 and #54 - transcript.

Date: 1/31/07    s/Bradley W. Murphy
                 Government

Receipt.wpd