

# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS<br>OFFICE OF THE CLERK<br>305 U.S. COURTHOUSE<br>100 N.E. MONROE STREET<br>PEORIA, ILLINOIS 61602 | TEL: 309.671.7117<br>FAX: 309.671.7120 |

January 30, 2007

United States of America        )
                                )
   Plaintiffs                   )
                                )
       vs                       )     Case # 05-10067
                                )
Kyron Murdock                   )
                                )
   Defendant                    )

## RECEIPT

**Received** from John M Waters, Clerk, United States District Court for the Central District of Illinois the following: 2 volumes of pleadings and 2 loose documents #23 and #54 - transcript.

Date: 1/31/07        s/Bradley W. Murphy
                     ─────────────────────
                          Government

s/Brad Murphy

**FILED**

FEB - 6 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Receipt.wpd