

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

March 20, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: USA v. Murdock
        D. C. Docket No. 05-10067
        U. S. C. A. Docket No. 06-2183

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

3- Impounded Exhibits:


    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        JOHN M. WATERS, CLERK


        BY:  s/H. Kallister
            Deputy Clerk