1:05-cr-10067-JBM-JAG   # 59   Page 1 of 1
1:05-cr-10067-JBM-JAG   # 58   Page 1 of 1

E-FILED
Monday, 26 March, 2007 09:09:35 PM
Clerk, U.S. District Court, ILCD

E-FILED
Tuesday, 20 March, 2007 04:34:10 PM
Clerk, U.S. District Court, ILCD



## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

FILED
MAR 2 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

COPY

March 20, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

**06-2183**

RE: USA v. Murdock
D. C. Docket No. 05-10067
U. S. C. A. Docket No. 06-2183

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

3- Impounded ~~~~ Sealed

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/H. Kallister
Deputy Clerk

U.S.C.A. – 7th Circuit
FILED
MAR 23 2007   DP
GINO J. AGNELLO
CLERK